UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

AVERY W. BRYANT JONES,

    Plaintiff,

v.                                                                     3:07-cv-142

CPL.. DARELL WATSON
and C.O. JOHN HAMBY,

    Defendants.

## MEMORANDUM AND ORDER

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. Service packets for Cpl. Darell Watson and C.O. John Hamby, the two named defendants in the original complaint, were sent to plaintiff to be completed and returned to the Clerk's Office for service of process. Plaintiff has not returned those packets, but instead has returned summons for Sgt. C. Davidson and Sgt. S. Heidle. In a letter accompanying the summons, plaintiff states his need to serve summons upon Sgt. Davidson and Sgt. Heidle. The court has treated the letter as a motion to amend the complaint to name Sgt. Davidson and Sgt. Heidle as additional defendants. Plaintiff has not, however, stated any factual allegations against Sgt. Davidson or Sgt. Heidle, in either the original complaint or in the motion to amend. Accordingly, the motion to amend is **DENIED**.

      **E N T E R:**

                                                                s/ Leon Jordan
                                                       United States District Judge