UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

AVERY W. BRYANT JONES,

    Plaintiff,

v.                                             3:07-cv-142

CPL.. DARELL WATSON
and C.O. JOHN HAMBY,

    Defendants.

## **MEMORANDUM AND ORDER**

This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. The matter is before the court on the plaintiff's motion for injunctive relief. Plaintiff brought this action during his confinement in the Morgan County Correctional Complex in Wartburg, Tennessee, and his motion for injunctive relief concerns his treatment at that facility. Three weeks after filing the motion for injunctive relief, plaintiff sent the court a notice of change of address; he is now confined in the Northeastern Correctional Complex in Mountain City, Tennessee. Accordingly, plaintiff's motion for injunctive relief is **DENIED** as **MOOT**. *See Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir. 1996) (a prisoner's claim for declaratory and injunctive relief becomes moot upon his transfer to a different facility).

The court notes that, in a letter attached to the motion for injunctive relief, plaintiff also asks that summons be served on two additional defendants, Disciplinary Board Sgt. C. Davidson and Internal Affairs Sgt. S. Heidle. Plaintiff has not stated any claim for relief against these individuals, however, and therefore process shall not issue as to Sgt. Davidson or Sgt. Heidle.

**E N T E R:**

                                          s/ Leon Jordan
                                    United States District Judge